John W. Sigler
13129 Stern Ave
La Mirada, California 90638
Telephone: (714) 697-8576
Email: JSIGLER@SWS-LLC.COM
*Plaintiff In Propria Persona*

FILED
2023 APR 25 AM 10: 11
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY:_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. SIGLER,<br><br>Plaintiff,<br><br>vs.<br><br>Jorge Gonzalez, USAA Casualty Insurance Company, Interinsurance Exchange of Automobile Club of Southern California, Imperial Body Shop, Inc., and DOEs 1 to 99, inclusive;<br><br>Defendants. | Case No. **8:22-cv-2325-CJC-JDE**<br><br>**REQUEST FOR ENTRY**<br>**OF DEFAULT**<br>**BY THE CLERK**<br>**PURSUANT TO RULE 55(a)** |

Comes now Plaintiff John W. Sigler and hereby requests the Clerk to enter a default against the defendant, Jorge Gonzalez, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Important notes for the Clerk are as follows:

1. Defendant Jorge Gonzalez was served the Summons and Complaint on March 22, 2023 through his attorney, Ford, Walker, Haggerty, and Behar.

---
1
---

Plaintiff   John W. Sigler:
REQUEST FOR ENTRY OF DEFAULT BY THE CLERK

2. The original Proof of Service for the initial Summons and Complaint was filed with the Superior Court of California on March 31, 2023 since the original lawsuit was filed in State court and then removed to Federal Court on December 29, 2022.

3. An informational copy of the original Proof of Service for Mr. Gonzalez, showing Mr. Gonzalez was served through his attorney on March 22, 2023, was filed with the Federal Court on March 31, 2023 as Document 27.

4. Based on service of the Summons and Complaint on the Defendant's attorney on March 22, 2023, as per FRCP Rule 12, and FRCP 81 (c) (2), the Defendant had twenty-one (21) days, or until April 13, 2023 to file a response.

5. No response was received from the Defendant by April 13, 2023 so on April 14, 2023 the Defendant was in default.

6. On April 24, 2023 the Defendant filed a Waiver of Service of Summons that was created by the Defendant. This document is invalid, it contains falsified dates, and appears to be an attempt to defraud the Plaintiff and the court into believing Mr. Gonzalez is not in default. It is impossible that the Waiver was sent by the Plaintiff, and signed for by the Defendant on the same date.

7. An earlier Waiver of the Service of Summons was mailed to the Defendant on March 17, 2023, but the Defendant chose NOT TO RESPOND to that legal Waiver which was due back to the Plaintiff on April 17, 2023, so there is NO VALID WAIVER in effect, and the Defendant is in default.

Respectfully submitted.
Dated April 24, 2023

John W. Sigler
Plain*tiff in Propria Persona*

# CERTIFICATE OF SERVICE

**John W. Sigler v. Jorge Gonzalez, USAA Casualty Insurance Company, et al.**
**Case No. 8:22-cv-02325-CJC-JDE**

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a citizen of the United States and reside at 13129 Stern Avenue, La Mirada, CA 90638. I am over the age of 18 and not a party to the within actions.

On April 25, 2023, I served the document(s) entitled,

1. Request for Entry of Default By Clerk Pursuant to Rule 55(a)
2. Affidavit In Support of Request for Entry of Default

on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope addressed (see attached Service List) as stated below:

**(BYMAIL):** I deposited such envelope in the mail at La Mirada Post Office, California with postage fully prepaid. I am familiar with the practice of collection and processing correspondence for mailing. Under that practice, it would be placed for mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at La Mirada, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on April 25, 2023.

AnhThu Nguyen

## SERVICE LIST

**John W. Sigler v. Jorge Gonzalez, USAA Casualty Insurance Company, et al.**
**Case No. 8:22-cv-02325-CJC-JDE**

Vivian I. Orlando (SBN 213833)
MAYNARD COOPER & GALE LLP
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA  90067
Attorney for Defendant USAA Casuaity Insurance Co.

Aparajito Sen, Esq.,
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center, 27th Floor
Long Beach, CA  90831-2700
Attorney for Defendanty Jorge Gonzalez, and
Attorney for Defendant Interinsurance Exchange of the Automobile Club (sued herein as Interinsurance Exchange of the Automobile Club of Southern California)

Doris Y. Youmara, Esq.
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
801 S. Figueroa St, 15th Floor
Los Angeles, CA  90017-3012
Attorney for Defendant  Imperial Body Shop