John W. Sigler
13129 Stern Ave
La Mirada, California 90638
Telephone: (714) 697-8576
Email: JSIGLER@SWS-LLC.COM
**Plaintiff In Propria Persona**

FILED
CLERK, U.S. DISTRICT COURT
APR 27 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOHN W. SIGLER,
    Plaintiff,

vs.

Jorge Gonzalez, USAA Casualty Insurance Company, Interinsurance Exchange of Automobile Club of Southern California, Imperial Body Shop, Inc., and DOEs 1 to 99, inclusive;

    Defendants.

Case No. **8:22-cv-2325-CJC-JDE**

**REQUEST FOR ENTRY OF DEFAULT BY THE CLERK PURSUANT TO RULE 55(a)**

Comes now Plaintiff John W. Sigler and hereby requests the Clerk to enter a default against the defendant, Jorge Gonzalez, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted.
Dated April 26, 2023

                                        John W. Sigler
                                        *Plaintiff in Propria Persona*

---

1

Plaintiff   John W. Sigler:
REQUEST FOR ENTRY OF DEFAULT BY THE CLERK

# CERTIFICATE OF SERVICE

**John W. Sigler v. Jorge Gonzalez, USAA Casualty Insurance Company, et al.**
**Case No. 8:22-cv-02325-CJC-JDE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and reside at 13129 Stern Avenue, La Mirada, CA 90638. I am over the age of 18 and not a party to the within actions.

On April 27, 2023, I served the document(s) entitled,

1. Request for Entry of Default By Clerk Pursuant to Rule 55(a)

on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope addressed (see attached Service List) as stated below:

**(BY MAIL):** I deposited such envelope in the mail at La Mirada Post Office, California with postage fully prepaid. I am familiar with the practice of collection and processing correspondence for mailing. Under that practice, it would be placed for mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at La Mirada, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on April 27, 2023.


AnhThu Nguyen

---
1
---

# SERVICE LIST

**John W. Sigler v. Jorge Gonzalez, USAA Casualty Insurance Company, et al.**
**Case No. 8:22-cv-02325-CJC-JDE**

Vivian I. Orlando (SBN 213833)
MAYNARD COOPER & GALE LLP
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA  90067
Attorney for Defendant USAA Casualty Insurance Co.

Aparajito Sen, Esq.,
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center, 27th Floor
Long Beach, CA  90831-2700
Attorney for Defendant Interinsurance Exchange of the Automobile Club
(sued herein as Interinsurance Exchange of the Automobile Club of Southern California)

Jeffery Lenkov
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
801 S. Figueroa St, 15th Floor
Los Angeles, CA  90017-3012
Attorney for Defendant  Imperial Body Shop

Jorge Gonzalez -Defendant
c/o FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center, 27th Floor
Long Beach, CA  90831-2700
Attorney for Defendant Jorge Gonzalez