# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. SIGLER<br><br>v.          Plaintiff(s)<br><br>JORGE GONZALEZ, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:22-cv-02325-CJC-JDE<br><br>NOTICE OF<br>☐ MEDIATION DATE<br>☒ AMENDED MEDIATION DATE |

*INSTRUCTIONS:* This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel. The assigned Panel Mediator must file this Notice electronically using the following event: "Civil Events => Other Filings => ADR/Mediation Documents => Notice of Mediation Date (ADR-13)."

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS
☐ SCHEDULED  ☒ RESCHEDULED
A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for  December 13, 2023  at  10:00  ☑ a.m. / ☐ p.m.

**LOCATION:** Via ZOOM

> The mediation session must be completed and an ADR-03 Mediation Report must be filed on or before the Court-ordered completion date.

Continuances are not favored and may only be granted by the Panel Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties may not request a continuance within three business days of a scheduled mediation. Be advised that the Panel Mediator is required to report to the Court after the mediation session as to whether the parties appeared at the mediation as required by Local Rule 16-15.5(b). General Order No. 11-10, § 8.9.

**Dated:** November 27, 2023

**Panel Mediator:** Andrew S. Pauly
**Address:** Shoreline, A Law Corporation
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401-1007
**Phone:** (310) 451-8001
**Email:** apauly@shoreline-law.com