UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN W. SIGLER<br><br>Plaintiff,<br><br>v.<br><br>JORGE GONZALEZ, et al.<br><br><br>Defendants. | Case No.:<br>8:22−cv−02325−CJC−JDE<br><br><br><br>**AMENDED SCHEDULING ORDER** |

As explained in the Court's corresponding order granting Defendant USAA Casualty Insurance Company's motion to modify the scheduling order (Dkt. 99), the Court **AMENDS** the Scheduling Order (Dkt. 22) as follows:

[1]  All discovery, including discovery motions, shall be completed by April 22, 2024. Discovery motions must be filed and heard prior to this date.

[2]  The parties shall have until Jun 17, 2024 to file and have heard all other motions, including motions to join or amend the pleadings.

[3]  A pretrial conference will be held on **Monday, August 19, 2024 at 03:00 PM**. Full compliance with Local Rule 16 is required.

[4]  The case is set for a **jury trial, Tuesday, August 27, 2024 at 08:30 AM.**

[5] The parties are referred to ADR Procedure No. 2 – Court Mediation Panel. The parties shall have until January 26, 2024 to conduct settlement proceedings. The parties shall file with the Court a Joint Status Report no later than five (5) days after the ADR proceeding is completed advising the Court of their settlement efforts and status.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies of this Order on counsel for the parties in this matter.

**IT IS SO ORDERED.**

DATED: December 19, 2023

_____
Cormac J. Carney
United States District Judge

cc: ADR OFFICE