1 | VIVIAN I. ORLANDO (SBN 213833)
VOrlando@maynardnexsen.com
Maynard Nexsen LLP
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
Telephone:  310.596.4500

Attorneys for Defendants
USAA Casualty Insurance Company,
Melissa Ordell, DaNelle Bushnell, and
Randy Termeer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. SIGLER,<br><br>Plaintiff,<br><br>v.<br><br>JORGE GONZALEZ, USAA CASUALTY INSURANCE COMPANY, INTERINSURANCE EXCHANGE OF AUTOMOBILE CLUB, IMPERIAL BODY SHOP, INC., PABLO GALVEZ, GREG TAYLOR, MELISSA ORDELL, DANELLE BUSHNELL, AMBER PETERSON (aka AMBER PETERSON FORREST, aka AMBER J. SCHNEIDER), KEVIN KARAPOGOSIAN, JAMES SYRING, RANDY TERMEER, JOHN BOYLE and DOES 1 to 99, inclusive,<br><br>Defendants. | Case No.  8:22-cv-02325-CJC-JDEx<br><br>(Honorable Cormac J. Carney)<br><br>**NOTICE OF TAKING OFF CALENDAR DEFENDANTS MELISSA ORDELL, DANELLE BUSHNELL AND RANDY TERMEER'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, MOTION TO COMPEL APPRAISAL AND/OR MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT  [ECF NO. 101] IN LIGHT OF THEIR DISMISSAL [ECF. NO. 107]**<br><br>[Filed Following Plaintiff's Dismissal of Melissa Ordell, DaNelle Bushnell and Randy Termeer from the Action under FRCP 41(a) - ECF No. 107]<br><br>**Hearing**:<br>Date:            January 29, 2024<br>Time:            1:30 p.m.<br>Courtroom:    9 B<br><br>Am. Comp. Filed: October 9, 2023 |

**PLEASE TAKE NOTICE THAT** in light of Plaintiff John W. Sigler's ("Plaintiff") dismissal under Federal Rule of Civil Procedure 41(a) of Defendants Melissa Ordell, DaNelle Bushnell and Randy Termeer (collectively, "Individual Defendants") from this action found at ECF No. 107 (filed on December 25, 2023 and entered and electronically sent to the parties by the Court on December 26, 2023), and at Plaintiff's request, these Individual Defendants, by and through their counsel, hereby provide notice that the Motion(s) they filed at ECF No. 101 set for hearing on January 29, 2024 are taken off calendar, without waiving and fully reserving any defenses that may be asserted if these Individual Defendants are sued in this case or any other in the future.

Dated: December 27, 2023           MAYNARD NEXSEN LLP

                                   By:  /s/ Vivian I. Orlando
                                        VIVIAN I. ORLANDO
                                        Attorneys for Defendants
                                        USAA Casualty Insurance Company,
                                        Melissa Ordell, DaNelle Bushnell, and
                                        Randy Termeer

1

# CERTIFICATE OF SERVICE

*John W. Sigler v. Jorge Gonzalez, USAA Casualty Insurance Company, et al.*
*Case No. 8:22-cv-02325-CJC-JDEx*

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 10100 Santa Monica Blvd., Ste. 550, Los Angeles, CA 90067.

On **December 27, 2023**, I served the document(s) entitled, NOTICE OF TAKING OFF CALENDAR DEFENDANTS MELISSA ORDELL, DANELLE BUSHNELL AND RANDY TERMEER'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, MOTION TO COMPEL APPRAISAL AND/OR MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [ECF NO. 101] IN LIGHT OF THEIR DISMISSAL [ECF. NO. 107] on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

☒ **(BY MAIL)**: I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☒ **(BY ELECTRONIC MAIL)**: By transmitting a true copy thereof to the electronic mail addresses as indicated below.

and telephone number as stated.

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein. I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **December 27, 2023**, at Los Angeles, California.

_____
Lea Borys

# SERVICE LIST

*John W. Sigler v. Jorge Gonzalez, USAA Casualty Insurance Company, et al.*
*Case No. 8:22-cv-02325-CJC-JDEx*

**VIA EMAIL AND MAIL**
John W. Sigler
13129 Stern Avenue
La Mirada, California 90638
Telephone: (714) 697-8576
Email: JSIGLER@SWS-LLC.COM
*Plaintiff In Propria Persona*

**VIA CM/ECF**
Jeffrey M. Lenkov, Esq.
jeffrey.lenkov@manningkass.com
tlp@ManningKass.com
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
*Attorneys for Imperial Body Shop, Inc.*

**VIA CM/ECF**
Jeet Sen, Esq.
Eran Scott Forster, Esq.
eforster@fwhb.com
rbaptist@fwhb.com
jsen@fwhb.com
FORD, WALKER, HAGGERTY & BEHAR, LLP
One World Trade Center, 27th Floor
Long Beach, California 90831-2700
(562) 983-2500 | (562) 983-2555 Fax
*Attorneys for Defendant, Interinsurance Exchange of Automobile Club of Southern California*