Jeet Sen, Esq., Bar No. 224248
jsen@fwhb.com
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center, 27th Floor
Long Beach, California 90831-2700
(562) 983-2500 | (562) 983-2555 Fax

Attorneys for Defendant,
**INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB** *(sued erroneously herein as INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA)* and **JORGE GONZALEZ**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOHN W. SIGLER, | Case No. 8:22-cv-02325-CJC-JDE |
| Plaintiff, | (Honorable Cormac J. Carney) |
| vs. | **JOINT STATUS REPORT RE: ADR** |
| JORGE GONZALEZ; USAA CASUALTY INSURANCE COMPANY; INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA; IMPERIAL BODY SHOP, INC.; and DOES 1 to 99, inclusive, | Trial: August 27, 2024 |
| Defendants. | |

The parties submit the following Joint Status Report after their Alternative Dispute Resolution (ADR) proceeding.

1
**JOINT STATUS REPORT RE: ADR**

Case No. 8:22-cv-2325

On January 24, 2024, the parties engaged in a court-ordered mediation with Andrew S. Pauly, Mediator. Despite their efforts, the parties were not able to reach any settlement. The parties do not believe that another mediation will be fruitful.

Dated: January 29, 2024

by: _____
Plaintiff, JOHN W. SIGLER
*In Propio Persona*

Dated: January 29, 2024

FORD, WALKER, HAGGERTY & BEHAR

BY: /S/ JEET SEN
_____
JEET SEN
Attorneys for Defendant,
INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB and JORGE GONZALEZ

Dated: January 29, 2024

MAYNARD NEXSEN LLP

BY: /S/ VIVIAN I. ORLANDO
_____
VIVIAN I. ORLANDO
Attorneys for Defendant,
USAA Casualty Insurance Company

Dated: January 29, 2024

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

by: /S/ JEFFREY M. LENKOV
_____
JEFFREY M. LENKOV
Attorneys for Defendant,
IMPERIAL BODY SHOP

2

**JOINT STATUS REPORT RE: ADR**

Case No. 8:22-cv-2325

CERTIFICATE OF SERVICE – F.R.Civ.P. 5)
*DOCUMENTS FILED ELECTRONICALLY*
USDC Case No. 8:22-cv-2325-CJC-JDEx
SIGLER v. GONZALEZ, ET AL.

UNITED STATES DISTRICT COURT    )
                                )
CENTRAL DISTRICT OF CALIFORNIA  )

I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: One World Trade Center, Twenty-Seventh Floor, Long Beach, California 90831-2700.

On January 30, 2024, I served a true copy of the within: **JOINT STATUS REPORT RE: ADR** on the interested parties in said action,

____ by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP5(b);

_★___ by depositing it in the United States Mail at Long Beach, California, in a sealed envelope with the postage thereon fully prepaid to the following: SEE ATTACHED SERVICE LIST.

_X__ by electronic service - email. I caused a true copy of the foregoing document(s) to be transmitted by email to each of the parties designated herein and as last given by that person on any document which he or she has filed in this action and served upon this office.

_✓_ (BY ELECTRONIC SERVICE) I caused such document to be Electronically Served on all parties through the **CM/ECF** for the above-entitled case.  This service complies with CCP §1010.6.  The file transmission was reported as complete and a copy of the "Filing Receipt" page will be maintained with the original document in our office.

_X_  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_X_  I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2024, at Long Beach, California.

*Rocio Baptist*
_____
Rocio Baptist

1

**CERTIFICATE OF SERVICE**    Case No. 8:22-cv-2325

# SERVICE LIST
SIGLER v. GONZALEZ, ET AL.
USDC Case No. 8:22-cv-2325-CJC-JDE

| | | |
|---|---|---|
| ★x✓ | John W. Sigler<br>13129 Stem Ave.<br>La Mirada, California 90638<br>Telephone: (714) 697-8576<br>Email: JSIGLER@SWS-LLC.COM | Plaintiff in Pro Per |
| x✓ | Vivian I. Orlando, Esq.<br>Alison J. Shilling, Esq.<br>MAYNARD NEXSEN LLP<br>10100 Santa Monica Boulevard, Suite 550<br>Los Angeles, CA 90067<br>Telephone: 310.596.4500<br>Emails: VOrlando@maynardnexsen.com;<br>AShilling@maynardnexsen.com;<br>lborys@MaynardNexsen.com | Attorneys for Defendant:<br>USAA Casualty Insurance Company |
| x✓ | Jeffrey M. Lenkov, Esq.<br>Halley Thiel, Esq.<br>MANNING & KASS<br>ELLROD, RAMIREZ, TRESTER LLP<br>801 S. Figueroa St, 15th Floor<br>Los Angeles, California 90017-3012<br>Telephone: (213) 624-6900<br>Facsimile: (213) 624-6999<br>Emails: jml@manningllp.com;<br>Halley.Thiel@manningkass.com | Attorneys for Defendant:<br>IMPERIAL BODY SHOP |