VIVIAN I. ORLANDO (SBN 213833)
VOrlando@maynardnexsen.com
Maynard Nexsen LLP
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
Telephone:  310.596.4500

Attorneys for Defendant
USAA Casualty Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. SIGLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JORGE GONZALEZ, USAA CASUALTY INSURANCE COMPANY, INTERINSURANCE EXCHANGE OF AUTOMOBILE CLUB, IMPERIAL BODY SHOP, INC., PABLO GALVEZ, GREG TAYLOR, MELISSA ORDELL, DANELLE BUSHNELL, AMBER PETERSON (aka AMBER PETERSON FORREST, aka AMBER J. SCHNEIDER), KEVIN KARAPOGOSIAN, JAMES SYRING, RANDY TERMEER, JOHN BOYLE and DOES 1 to 99, inclusive,<br><br>　　　　Defendants. | Case No.  8:22-cv-02325-CJC-JDEx<br><br>(Honorable Cormac J. Carney)<br><br>**SUPPLEMENTAL DECLARATION OF VIVIAN I. ORLANDO IN SUPPORT OF DEFENDANT USAA CASUALTY INSURANCE COMPANY'S REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS ON PLAINTIFF'S FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO COMPEL APPRAISAL**<br><br>[Filed Concurrently with Reply Brief]<br><br>**Hearing**:<br>Date:　　　　February 26, 2024<br>Time:　　　　1:30 p.m.<br>Courtroom:　9 B<br><br>Discovery C/O:　April 22, 2024<br>Motion C/O:　　June 17, 2024<br>Trial Date:　　　August 27, 2024<br><br>Am. Comp. Filed: October 9, 2023 |

1

**DECLARATION OF VIVIAN I. ORLANDO**

I, VIVIAN I. ORLANDO, hereby declare as follows:

1. I am an attorney licensed to practice in all the courts in the State of California and a partner at Maynard Nexsen LLP, attorneys for Defendant USAA Casualty Insurance Company ("USAA CIC"). I am one of the attorneys with primary responsibility for the handling of this matter. I have personal knowledge of the facts declared herein and if called upon to testify can and will testify competently thereto.

2. Plaintiff John W. Sigler's ("Plaintiff") First Amended Complaint ("FAC") references a USAA CIC claim note dated March 20, 2020 and Plaintiff's Opposition relies upon this note, arguing therein that it evidences an agreement between USAA CIC and Defendant the Interinsurance Exchange of the Automobile Club (the "Exchange") to match valuations. On its face, this claim note reflects no such agreement between USAA CIC and the Exchange, and Plaintiff's citations in his FAC do not support a different conclusion. (*E.g.,* FAC, ¶ 49.) A true and correct copy of this claim note, which was produced by USAA CIC in discovery in this action at USAA-SIGLER_000084-000085 and upon which Plaintiff relies, is attached hereto as **Exhibit 6**.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 12th day of February, 2024, at Los Angeles, California.

By: */s/ Vivian I. Orlando*
VIVIAN I. ORLANDO

# EXHIBIT 6

EXHIBIT 6
3

```
All u/s
No f/a

Obc to AAA
S/W Amber
No answer
Left v/m
Provided claim/adj info
Requested to know if AC has evaluated IV
No f/a

Pending: FPI/UR, SETTLE IV TL, MOVE IV, TL DISPUTE
```

**Available Actions**
Claims Do**c**umentation
Start **N**ew Conversation
Refresh Page
Close Page

**DOCS**
**CT**  **March 19, 2020 at 12:22 p.m.**   P2582 - Danelle Bushnell      Documentation Number 65

```
FH review
IV is still at DRP, has not been released

Obc to Imperial Body Shop
S/W Nora
Requested to know if IV has storage fees
DRP adv they will have to call back with info
Provided claim/adj info
No f/a
```

**DOCS**
**CT**  **March 19, 2020 at 3:37 p.m.**   G3316 - Julie Miller          Documentation Number 66

```
ibc from AAA, the ID called AAA and wanted them to make an offer to him
for the ttl of the iv. the DRP the iv is at is also a soc for AAA.
```

**DOCS**
**CT**  **March 20, 2020 at 10:47 a.m.**   P2582 - Danelle Bushnell     Documentation Number 67

```
Obc to Imperial Body Shop
S/W Nora
DRP adv that they are not charging storage fees
DRP adv they NI needs to decide what he is going to do in the next week
so they can get IV moved


Obc to AAA
S/W Amber
AC adv they have the estimator writing an estimate on the IV
AC adv that they will move forward with repairs or TL for the IV
AC adv they the NI is creating a delay and they will not pay LOU for
this whole time
Provided AC with a timeline when claim was started, when IV was moved to
```

USAA-SIGLER_000084

```
the DRP and when IV was determined to be a TL
AC adv they use the same valuation system and software and will have a
similar value from IV
AC adv they will move forward with handing the claim
All u/s
No f/a
```

**JOHN SIGLER**   March 20, 2020 at 1:29 p.m. CT   View Conversation

Dear Danelle, USAA did not misled me; USAA committed fraud. No reasonable person would ever believe that your appraiser could not see that my vehicle had an electric sunroof. It is also not a simple case that he missed it; because he was clearly aware of sunroofs on these vehicles since he applied a negative adjustment on his Comp #2 vehicle because it had a sunroof. This was fraud and by your own actions, you have admitted to it. You have had four days to review my claim of fraud and comeback with some excuse like "our appraiser did not see the sunroof on the vehicle". Instead, you have persisted with standing by your flawed appraisal which the physical facts show is clearly fraudulent. As far as your request for VIN numbers, if you bothered to read my valuation, my valuation was based upon your appraiser's Comp #3, which you already have the VIN number for. The comps at Truecar.com that I sent you were only to show you how dishonest your appraisal was. Since you won't do just a little bit of work and go to the truecar.com website (which your appraiser selected) to get the VIN number of the comps I sent you, I have updated the image from truecar.com's website (truecar.jpg) to include the VIN numbers. I am also including receipts for the additional items in my valuation and an updated valuation in my USAA-response001.pdf

**Available Actions**
Claims Documentation
Start New Conversation
Refresh Page
Clear Page

 USAA_Resp...PDF (3.01 MB)    BrakeRece...PDF (1.63 MB)    BrakeJob.PDF (166.34 KB)    CarCover_...PDF (160.97 KB)

 ColorCali...PDF (627.89 KB)    snowchain...PDF (45.7 KB)   TrueCAr.PDF (145.21 KB)

 **March 20, 2020 at 2:58 p.m. CT**   P2582 - Danelle Bushnell   Documentation Number 68

```
Review Post work item completed.
Work Item was created on 03/20/2020 01:29 PM CDT
```

 **Danelle Bushnell**   March 20, 2020 at 3:02 p.m. CT   View Conversation

Thank you for the additional information. We will update the valuation. Please allow 2-3 business days for it to be completed. We have also been in contact with AAA. They have advised there are also evaluating the vehicle. Please let us know if you proceed with the handling of the claim with them. Thank you for trusting USAA.

 **March 23, 2020 at 2:59 p.m. CT**   P2582 - Danelle Bushnell   Documentation Number 69

```
Received invoiced from NI to updated CCC evaluation

Obc to CCC
```

# CERTIFICATE OF SERVICE

*John W. Sigler v. Jorge Gonzalez, USAA Casualty Insurance Company, et al.*
*Case No. 8:22-cv-02325-CJC-JDEx*

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 10100 Santa Monica Blvd., Ste. 550, Los Angeles, CA 90067.

On **February 12, 2024**, I served the document(s) entitled, SUPPLEMENTAL DECLARATION OF VIVIAN I. ORLANDO IN SUPPORT OF DEFENDANT USAA CASUALTY INSURANCE COMPANY'S REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS ON PLAINTIFF'S FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO COMPEL APPRAISAL on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

☒ **(BY MAIL)**: I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☒ **(BY ELECTRONIC MAIL)**: By transmitting a true copy thereof to the electronic mail addresses as indicated below.

and telephone number as stated.

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **February 12, 2024**, at Los Angeles, California.

*Leanna Borys*
Leanna Borys

1020793\304578071.v1

# SERVICE LIST

*John W. Sigler v. Jorge Gonzalez, USAA Casualty Insurance Company, et al.*
*Case No. 8:22-cv-02325-CJC-JDEx*

**VIA EMAIL AND MAIL**
John W. Sigler
13129 Stern Avenue
La Mirada, California 90638
Telephone: (714) 697-8576
Email: JSIGLER@SWS-LLC.COM
*Plaintiff In Propria Persona*

**VIA CM/ECF**
Jeffrey M. Lenkov, Esq.
jeffrey.lenkov@manningkass.com
tlp@ManningKass.com
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
*Attorneys for Imperial Body Shop, Inc.*

**VIA CM/ECF**
Jeet Sen, Esq.
Eran Scott Forster, Esq.
eforster@fwhb.com
rbaptist@fwhb.com
jsen@fwhb.com
FORD, WALKER, HAGGERTY & BEHAR, LLP
One World Trade Center, 27th Floor
Long Beach, California 90831-2700
(562) 983-2500 | (562) 983-2555 Fax
*Attorneys for Defendant, Interinsurance Exchange of Automobile Club of Southern California*